Vickie L. Driver
Texas Bar No. 24026886
Christina W. Stephenson
Texas Bar No. 24049535
**HUSCH BLACKWELL LLP**
2001 Ross Avenue, Suite 2000
Dallas, Texas 75201
Phone:  (214) 999-6100
Fax:  (214) 999-6170
Email:  vickie.driver@huschblackwell.com
Email:  crissie.stephenson@huschblackwell.com

**PROPOSED COUNSEL FOR THE DEBTORS**

## UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | **CHAPTER 11** |
| | § | |
| **FOUNDATION HEALTHCARE, INC.,** | § | |
| *et al.,* | § | **CASE NO. 17-42571** |
| | § | |
| **DEBTORS.**[1] | § | **Complex Case** |
| | § | **Jointly Administered** |

---------------------------------------------------------

## NOTES REGARDING SCHEDULES OF ASSETS AND
## LIABILITIES AND STATEMENT OF FINANCIAL AFFAIRS

On June 21, 2017 (the "<u>Petition Date</u>"), Foundation HealthCare, Inc., and University General Hospital, LLC each filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "<u>Bankruptcy Code</u>") in the United States Bankruptcy Court for the Northern District of Texas, Fort Worth Division (the "<u>Bankruptcy Court</u>"). The Debtors have requested, and the Bankruptcy Court has so ordered, that their cases be jointly administered under Case No. 17-42571.

With the assistance of its Bankruptcy Court approved advisors, the Debtors prepared the annexed Schedules of Assets and Liabilities (the "<u>Schedules</u>"), the Statement of Financial Affairs (the "<u>SOFAs</u>" and together with the Schedules, the "<u>Schedules and SOFAs</u>"), and the Lists of Equity Security Holders (the "<u>Lists</u>") pursuant to Section 521 of the Bankruptcy Code and Rule 1007 of the Federal Rules of Bankruptcy Procedure. The Schedules and SOFAs and Lists are unaudited and do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("<u>GAAP</u>"), and they are not intended to be fully reconciled to the financial statements.

---

[1] The Debtors in these Chapter 11 cases are Foundation Healthcare, Inc. and University General Hospital, LLC.

Although the Debtors' advisors and remaining officers, directors and contract employees have made every reasonable effort to ensure that the Schedules and SOFAs and Lists are accurate and complete based on information that was available to them at the time of preparation, subsequent information or discovery may result in material changes to these Schedules and SOFAs and Lists, and inadvertent errors or omissions may have occurred. Subsequent receipt of information or an audit may result in material changes in financial data requiring amendment of the Schedules and SOFAs and Lists. These notes regarding each of the Debtor's Schedules and SOFAs and Lists (the "Notes") comprise an integral part of such Debtor's Schedules and SOFAs and Lists and should be referenced in connection with any review of the Schedules and SOFAs and Lists. Nothing contained in the Schedules and SOFAs or Lists shall constitute a waiver of any rights or claims of the Debtors against any third party, or in or with respect to any aspect of these chapter 11 cases.

1.     Amendments. The Debtors reserve the right to amend or supplement the Schedules and SOFAs and Lists as necessary or appropriate.

2.     Asset Presentation. Most assets and liabilities of the Debtors are shown on the basis of the book audit in the respective Debtor's books and records, as of December 31, 2016, and not on the basis of current market values of such interest in property or liabilities; provided, however, that some adjustments have been made when the information was available subsequent thereto. In certain instances, where book value is known to be materially inaccurate, the Debtors listed some assets and liabilities as having an "unknown" value. The Debtors reserve their right to amend or adjust the value of each asset or liability set forth herein.

3.     Liabilities. The Debtors sought to allocate liabilities between the prepetition and postpetition periods based on the information and research that was conducted in connection with the preparation of the Schedules and SOFAs. As additional information becomes available and further research is conducted, the allocation of liabilities between prepetition and postpetition periods may change. The Debtors also reserve the right to change the allocation of liability to the extent additional information becomes available.

4.     Causes of Action. Despite reasonable efforts, the Debtors may not have identified or set forth all of its causes of action against third parties as assets in its Schedules and SOFAs. The Debtors reserve any and all of their rights with respect to any causes of action they each may have, and neither these Notes nor the Schedules and SOFAs shall be deemed a waiver of any such causes of action.

5.     Claim Description. Any failure to designate a claim on the Schedules or SOFAs as "disputed," "contingent" or "unliquidated" does not constitute an admission by the respective Debtor that such claim is not "disputed," "contingent" or "unliquidated." The Debtors reserve the right to dispute, or to assert offsets or defenses to, any claim reflected on its Schedules and SOFAs as to amount, liability, priority, secured or unsecured status, or classification, or to otherwise designate any claim as "disputed," "contingent" or "unliquidated" by filing and serving an appropriate amendment. The Debtors also reserve the right to amend their Schedules or SOFAs as necessary or appropriate.

2

6.     <u>Property and Equipment.</u> The Debtors have not completed a physical inventory of any of their owned equipment, merchandise or other physical assets and any information set forth in the Schedules and SOFAs may be over or understated. Further, nothing in the Schedules or SOFAs (including, without limitation, the failure to list leased property or equipment as owned property or equipment) is or shall be construed as an admission as to the determination of legal status of any lease (including whether any lease is a true lease or financing arrangement), and the Debtors reserve all of their rights with respect to such issues. Notwithstanding the foregoing, an inventory of supplies for UGH was conducted in December 2016.

7.     <u>Insurance.</u> The Debtors have, in the past, maintained a variety of insurance policies including property, general liability, and workers' compensation policies and other employee- related policies. The Debtors' interest in these types of policies is limited to the amount of the premiums that the Debtors have prepaid, if any, as of Petition Date. To the best of each Debtor's knowledge, no such prepayments exist. The Debtors do reserve all rights to refunds of any overpayments of premiums paid on any insurance policies.

8.     <u>Insiders.</u> In the circumstances where the Bankruptcy Schedules require information regarding insiders or officers and directors, included herein are the relevant Debtor's (a) directors (or persons in similar positions) and (b) officers. The listing of a party as an insider is not intended to be nor should it be construed as a legal characterization of such party as an insider and does not act as an admission of any fact, claim, right or defense and all such rights, claims and defenses are hereby expressly reserved. Further, employees have been included in this disclosure for informational purposes only and should not be deemed to be "insiders" in terms of control of the Debtors, management responsibilities or functions, decision-making or corporate authority or as otherwise defined by applicable law, including, without limitation, the federal securities laws, or with respect to any theories of liability or for any other purpose.

9.     <u>Schedule A/B—Real and Personal Property.</u> As of the Petition Date, certain equipment and property was foreclosed upon, repossessed, or picked up by various parties. While the Debtors have attempted to identify each such situation, that analysis is made complicated by the fact that the UGH Debtor is no longer in possession of that leased premises. To the extent any Debtor learns of a piece of property that has been subject to a repossession or foreclosure impacting the listing in this schedule, such Debtor reserves the right to amend such Schedule and SOFA reflecting same.

10.     <u>Schedule D—Creditors Holding Secured Claims.</u> Except as specifically stated herein, real property lessors, utility companies and other parties which may hold security deposits have not been listed on Schedule D. The Debtors have not included on Schedule D all parties that may believe their claims are secured through setoff rights, deposits posted by, or on behalf of, the Debtors, or inchoate statutory lien rights. While reasonable efforts have been made, determination of the date upon which each claim in Schedule D was incurred or arose would be unduly and cost prohibitive, and therefore, the Debtors may not list a date for each claim listed on Schedule D.

11.     <u>Schedule E—Creditors Holding Unsecured Priority Claims.</u> The listing of any claim on Schedule E does not constitute an admission by such Debtor that such claim is

entitled to priority under section 507 of the Bankruptcy Code. The Debtors reserve the right to dispute the priority status of any claim on any basis. While reasonable efforts have been made, determination of the date upon which each claim in Schedule E was incurred or arose would be unduly burdensome and cost prohibitive, and therefore, the Debtor may not list a date for each claim listed on Schedule E. Additionally, the Debtors have not included employee-related priority claims that existed as of the Petition Date to the extent that such claims have been or are approved for payment pursuant to orders entered by the Bankruptcy Court.

12. **Schedule F—Creditors Holding Unsecured Nonpriority Claims.** The liabilities identified in Schedule F are derived from the respective Debtor's books and records, which may or may not, in fact, be completely accurate, but they do represent a reasonable attempt by each Debtor to set forth its unsecured obligations. Accordingly, the actual amount of claims against each Debtor may vary from the represented liabilities. Parties in interest should not accept that the listed liabilities necessarily reflect the correct amount of any unsecured creditor's allowed claims or the correct amount of all unsecured claims. Similarly, parties in interest should not anticipate that recoveries in these cases will reflect the relationship of aggregate asset values and aggregate liabilities set forth in the Schedules and SOFAs. Parties in interest should consult their own professionals or advisors with respect to pursuing a claim. Although the Debtors and their professionals have generated financials the Debtors believe to be reasonable, actual liabilities (and assets) may deviate from the Schedules and SOFAs due to certain events that may occur throughout the duration of these chapter 11 cases.

The claims listed on Schedule F arose or were incurred on various dates. In certain instances, the date on which a claim arose may be unknown or subject to dispute. Although reasonable efforts have been made to determine the date upon which claims listed in Schedule F was incurred or arose, fixing that date for each claim in Schedule F would be unduly burdensome and cost prohibitive and, therefore, the Debtors may not have listed a date for each claim listed on Schedule F.

13. **Schedule G—Executory Contracts.** While effort has been made to ensure the accuracy of Schedule G, inadvertent errors or omissions may have occurred. Listing a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is an executory contract or unexpired lease or that such contract or agreement was in effect on the Petition Date or is valid or enforceable. The Debtors hereby reserve all of their rights to dispute the validity, status, or enforceability of any contracts, agreements, or leases set forth in Schedule G and to amend or supplement such Schedule as necessary. Certain of the leases and contracts listed on Schedule G may contain certain renewal options, guarantees of payment, options to purchase, rights of first refusal and other miscellaneous rights. Such rights, powers, duties and obligations are not set forth separately on Schedule G. In addition, the Debtors may have entered into various other types of agreements in the ordinary course of its business, such as easements, right of way, subordination, nondisturbance agreements, supplemental agreements, amendments/letter agreements, title agreements and confidentiality agreements. Such documents are also not set forth in Schedule G.

4

The Debtors reserve all rights to dispute or challenge the characterization of the structure of any transaction or any document or instrument related to a creditor's claim. The Debtors may be party to certain agreements that have expired by their terms, but all parties continue to operate under the agreement. Out of an abundance of caution, the Debtors have listed such agreements on Schedule G. The Debtor's inclusion of such contracts or agreements on Schedule G is not an admission that such contract or agreement is an executory contract or unexpired lease.

Omission of a contract or agreement from Schedule G does not constitute an admission that such omitted contract or agreement is not an executory contract or unexpired lease. The Debtors' rights under the Bankruptcy Code with respect to any such omitted contracts or agreements are not impaired by the omission.

In some cases, the same supplier or provider may appear multiple times in the Schedules. Multiple listings, if any, reflect distinct agreements between such Debtor and such supplier or provider. The listing of any contract on Schedule G does not constitute an admission by the Debtor as to the validity of any such contract. The Debtors reserve the right to dispute the effectiveness of any such contract listed on Schedule G or to amend Schedule G at any time to remove any contract.

14. <u>Schedule H – Codebtors.</u> It is possible that some of the Debtors affiliates, including one another in some instances, may be viewed by a particular creditor as being co-obligors on such debt. However, none of those affiliates are viewed by the Debtors as having any ability to pay those debts and many are owned in whole or in part by one of the Debtors, FHI. Finally, it would be unduly burdensome and of relatively little to no value to the Debtors' estates to attempt to delineate those co-obligors for each debt. Consequently, the Debtors have not listed those as co-debtors on Schedule H.

15. <u>Statement of Financial Affairs 19(d) – Financial Statements.</u> The Debtors have each undertaken reasonable efforts to identify all financial institutions, creditors and other parties to whom a financial statement was issued within two years immediately preceding the Petition Date. The Debtors reserve their rights to subsequently supplement or amend Statement 19d upon discovery of additional information.

16. <u>Statement of Financial Affairs 4 and 30 – Payments within One Year to Insider.</u> The information available at the time of filing has been included; however, information regarding stock options, redemptions, and potential loan reductions were unavailable and have not been included.

17. <u>Lists of Equity Security Holders.</u> The Debtors have exercised due diligence to provide the most accurate listings of Equity Security Holders available to them at this time. The Debtors reserve the right to amend or supplement the Lists.

18. <u>Specific Notes.</u> These General Notes are in addition to the specific notes set forth in the individual Schedules and SOFAs and Lists. Disclosure of information in one Schedule, SOFA, exhibit, List, or continuation sheet even if incorrectly placed, shall be deemed to be disclosed in the correct Schedule, SOFA, exhibit, List, or continuation sheet.

19.     <u>Totals.</u>   All totals that are included in the Schedules represent totals of the liquidated amounts for the individual schedule for which they are listed.

20.     <u>Unliquidated Claim Amounts.</u>   Claim amounts that could not be fairly quantified by the Debtors are scheduled as "unliquidated" or "unknown."

21.     <u>General Reservation of Rights.</u>   The Debtors specifically reserve the right to amend, modify, supply, correct, change or alter any part of their Schedules and SOFAs or Lists as and to the extent necessary as they each deem appropriate.

**Fill in this information to identify the case:**

Debtor name **University General Hospital, LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF TEXAS

Case number (if known) **17-42570-rfn11**

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals          12/15

Part 1:   **Summary of Assets**

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*..................................................................................... $     **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*.................................................................................. $     **3,556,442.85**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*..................................................................................... $     **3,556,442.85**

Part 2:   **Summary of Liabilities**

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $     **9,663,614.07**

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................... $     **1,794.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................... +$     **33,418,209.83**

4.   Total liabilities ..............................................................................................................
    Lines 2 + 3a + 3b      $     **43,083,617.90**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **University General Hospital, LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF TEXAS

Case number (if known) **17-42570-rfn11**

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**     **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2.    **Cash on hand** | **$0.00** |

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value |
|---|---|---|---|---|
| 3.1. | **Amegy Bank** | **Depository Account** | 7558 | **$8,800.70** |
| 3.2. | **Chase Bank** | **Analysis Business Checking** | 4419 | **$98.70** |
| 3.3. | **Texas Capital Bank** | **Depository Account** | 2845 | **$0.00** |
| 3.4. | **Texas Capital Bank** | **Operating Account** | 2837 | **$265,420.32** |
| 3.5. | **Texas Capital Bank** | **Payroll Account** | 2860 | **$0.00** |
| 3.6. | **Texas Capital Bank** | **AP Account** | 2852 | **$0.00** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor **University General Hospital, LLC**
Name

Case number *(If known)* **17-42570-rfn11**

| 3.7. | Texas Capital Bank | Debit Card Account | 4478 | $0.00 |
|------|--------------------|--------------------|------|-------|

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   **$274,319.72**

**Part 2:     Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

   ■ No.  Go to Part 3.
   ☐ Yes Fill in the information below.

**Part 3:     Accounts receivable**

10. **Does the debtor have any accounts receivable?**

    ☐ No.  Go to Part 4.
    ■ Yes Fill in the information below.

11. **Accounts receivable**

    11b. Over 90 days old:    **22,116,079.93**    -    **20,474,541.11**    =....    **$1,641,538.82**
    face amount                          doubtful or uncollectible accounts

12. **Total of Part 3.**

    Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

    **$1,641,538.82**

**Part 4:     Investments**

13. **Does the debtor own any investments?**

    ■ No.  Go to Part 5.
    ☐ Yes Fill in the information below.

**Part 5:     Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ■ No.  Go to Part 6.
    ☐ Yes Fill in the information below.

**Part 6:     Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

    ■ No.  Go to Part 7.
    ☐ Yes Fill in the information below.

**Part 7:     Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☐ No.  Go to Part 8.
    ■ Yes Fill in the information below.

Debtor    **University General Hospital, LLC**                              Case number *(If known)*  **17-42570-rfn11**
          Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. | **Office furniture** **Various desks, chairs, tables, bookcases, etc.** | $741,674.49 | Book Value | $741,674.49 |

40.    **Office fixtures**

| | | | | |
|---|---|---|---|---|
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** **Computer Equipment and Software** | $302,919.99 | Book Value | $302,919.99 |
| | **Miscellaneous Office Equipment** | $595,989.83 | Book Value | $595,989.83 |

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.    **Total of Part 7.**
       Add lines 39 through 42.  Copy the total to line 86.                                              $1,640,584.31

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
       ■ No
       ☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   ■ No.  Go to Part 9.
   ☐ Yes Fill in the information below.

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

   ■ No.  Go to Part 10.
   ☐ Yes Fill in the information below.

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

   ■ No.  Go to Part 11.
   ☐ Yes Fill in the information below.

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ☐ No.  Go to Part 12.
   ■ Yes Fill in the information below.

Debtor    **University General Hospital, LLC**                                 Case number *(If known)* **17-42570-rfn11**
      <sub>Name</sub>

| | Current value of debtor's interest |
| --- | --- |

| 71. | **Notes receivable**<br>Description (include name of obligor) | |
| --- | --- | --- |
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73. | **Interests in insurance policies or annuities** | |
| | **Atlantic Specialty Insurance Company - D&O Policy** | **Unknown** |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| | **CLIA lab claim** | **Unknown** |
| | Nature of claim    **Breach of Contract/Tort** | |
| | Amount requested          **$0.00** | |
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
| 78. | **Total of Part 11.**<br>Add lines 71 through 77. Copy the total to line 90. | **$0.00** |
| 79. | **Has any of the property listed in Part 11 been appraised by a professional within the last year?** | |

■ No

☐ Yes

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com           Best Case Bankruptcy

Debtor    **University General Hospital, LLC**                    Case number *(If known)*  **17-42570-rfn11**
          Name

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $274,319.72 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $1,641,538.82 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $1,640,584.31 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.......................................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $3,556,442.85 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $3,556,442.85 |

**Fill in this information to identify the case:**

Debtor name    **University General Hospital, LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF TEXAS

Case number (if known)    **17-42570-rfn11**

☐ Check if this is an
amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

| 2.1 | **Amegy Bank NA** | Describe debtor's property that is subject to a lien | $0.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**5 Post Oak Parkway
Third Floor, Suite 4400
Houston, TX 77027**

Creditor's mailing address

NOTICE ONLY

Describe the lien

Is the creditor an insider or related party?

Creditor's email address, if known

■ No
☐ Yes

Is anyone else liable on this claim?

Date debt was incurred

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number

Do multiple creditors have an
interest in the same property?

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

| 2.2 | **Cardinal Health** | Describe debtor's property that is subject to a lien | $0.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**7000 Cardinal Place
Dublin, OH 43017**

Creditor's mailing address

NOTICE ONLY

Describe the lien

Is the creditor an insider or related party?

Creditor's email address, if known

■ No
☐ Yes

Is anyone else liable on this claim?

Date debt was incurred

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number

Do multiple creditors have an
interest in the same property?

As of the petition filing date, the claim is:
Check all that apply

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Debtor **University General Hospital, LLC**
Name

Case number (if know) **17-42570-rfn11**

■ No
☐ Contingent
☐ Yes. Specify each creditor,
☐ Unliquidated
including this creditor and its relative
☐ Disputed
priority.

---

| 2.3 | **First Financial Corporate Leasing, LLC** | Describe debtor's property that is subject to a lien | $2,136,334.31 | $5,000,000.00 |
|---|---|---|---|---|

Creditor's Name
**Medical Equipment**

**771 Kimberly Avenue**
**Placentia, CA 92870**
Creditor's mailing address

Describe the lien
**Capital Lease**

Is the creditor an insider or related party?
■ No
Creditor's email address, if known
☐ Yes

Is anyone else liable on this claim?
■ No

Date debt was incurred
**12/31/2015**
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number
**6001**

Do multiple creditors have an
As of the petition filing date, the claim is:
interest in the same property?
Check all that apply
■ No
☐ Contingent
☐ Yes. Specify each creditor,
☐ Unliquidated
including this creditor and its relative
☐ Disputed
priority.

---

| 2.4 | **Republic Bank** | Describe debtor's property that is subject to a lien | $0.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name
**NOTICE ONLY**
**801 North 500 West, Suite 103**
**Woods Cross, UT 84087**
Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?
■ No
Creditor's email address, if known
☐ Yes

Is anyone else liable on this claim?
■ No

Date debt was incurred
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number

Do multiple creditors have an
As of the petition filing date, the claim is:
interest in the same property?
Check all that apply
■ No
☐ Contingent
☐ Yes. Specify each creditor,
☐ Unliquidated
including this creditor and its relative
☐ Disputed
priority.

---

| 2.5 | **Siemens Financial Services, Inc.** | Describe debtor's property that is subject to a lien | $0.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name
**NOTICE ONLY**

**170 Wood Avenue South**
**Iselin, NJ 08830**
Creditor's mailing address

Describe the lien

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Debtor    **University General Hospital, LLC**                        Case number (if know)    **17-42570-rfn11**
          Name

|  | | |
|---|---|---|

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.6 | **Siemens Medical Solutions USA, Inc.** | **Describe debtor's property that is subject to a lien** | $0.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**51 Valley Stream Parkway**
**Malvern, PA 19355**

Creditor's mailing address

**NOTICE ONLY**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.7 | **Texas Capital Bank** | **Describe debtor's property that is subject to a lien** | $7,303,755.03 | $1,871,146.25 |
|---|---|---|---|---|

Creditor's Name

**2350 Lakeside Boulevard,**
**Suite 800**
**Richardson, TX 75082**

Creditor's mailing address

**Loans**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**12/31/2015**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 3 of 5

Debtor **University General Hospital, LLC**
_____
Name

Case number (if know) **17-42570-rfn11**
_____

| 2.8 | **Toshiba America Medical 41374478** | | | |
|---|---|---|---|---|

Creditor's Name

Describe debtor's property that is subject to a lien
**Surgical Table**

$52,931.13     $59,698.20

**PO Box 911608
Denver, CO 80291-1608**
Creditor's mailing address
_____

Describe the lien
**Capital Lease**
_____
Is the creditor an insider or related party?

■ No
☐ Yes
Is anyone else liable on this claim?

Creditor's email address, if known
_____

■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Date debt was incurred
**06/01/2016**
Last 4 digits of account number
**4478**
Do multiple creditors have an interest in the same property?

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated
☐ Disputed

---

| 2.9 | **Toshiba America Medical 41377578** | | | |
|---|---|---|---|---|

Creditor's Name

Describe debtor's property that is subject to a lien
**Washer Disinfector**

$65,740.99     $74,146.00

**PO Box 911608
Denver, CO 80291-1608**
Creditor's mailing address
_____

Describe the lien
**Capital Lease**
_____
Is the creditor an insider or related party?

■ No
☐ Yes
Is anyone else liable on this claim?

Creditor's email address, if known
_____

■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Date debt was incurred
**06/10/2016**
Last 4 digits of account number
**7578**
Do multiple creditors have an interest in the same property?

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated
☐ Disputed

---

| 2.10 | **Toshiba America Medical 41377579** | | | |
|---|---|---|---|---|

Creditor's Name

Describe debtor's property that is subject to a lien
**Mobile X-Ray**

$104,852.61     $118,259.00

**PO Box 911608
Denver, CO 80291-1608**
Creditor's mailing address
_____

Describe the lien
**Capital Lease**
_____
Is the creditor an insider or related party?

■ No
☐ Yes
Is anyone else liable on this claim?

Creditor's email address, if known
_____

■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Date debt was incurred
**01/08/2016**

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 4 of 5

Debtor     **University General Hospital, LLC**                      Case number (*if know*)   **17-42570-rfn11**
           _____
           Name

**Last 4 digits of account number**
**7579**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**     | $9,663,614.07 |

**Part 2:**  **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name  **University General Hospital, LLC**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF TEXAS

Case number (if known)  **17-42570-rfn11**

☐ Check if this is an
   amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | **Total claim** | **Priority amount** |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**Texas Department of Licensing and Regula**<br>**920 Colorado St**<br>**Austin, TX 78701** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$210.00** | **$210.00** |
|  | Date or dates debt was incurred | Basis for the claim: |  |  |
|  | Last 4 digits of account number | Is the claim subject to offset? |  |  |
|  | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes |  |  |
| **2.2** | Priority creditor's name and mailing address<br>**Texas State Comptroller**<br>**PO Box 13528**<br>**Austin, TX 78711** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,584.00** | **$1,584.00** |
|  | Date or dates debt was incurred | Basis for the claim: |  |  |
|  | Last 4 digits of account number | Is the claim subject to offset? |  |  |
|  | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes |  |  |

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

**Amount of claim**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    31966                    Best Case Bankruptcy

| Debtor | **University General Hospital, LLC** | Case number (if known) | **17-42570-rfn11** |
|---|---|---|---|
| | Name | | |

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,907.10 |
|---|---|---|---|
| | AAF International<br>24828 Network Place<br>Chicago, IL 60673-1248 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Trade Debt**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,575.53 |
|---|---|---|---|
| | Abbott Vascular<br>75 Remittance Drive, Suite 1138<br>Chicago, IL 60675 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Trade Debt**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,001.12 |
|---|---|---|---|
| | Acadian Ambulance Services<br>PO Box 92970<br>Lafayette, LA 70509 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Trade Debt**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,423.33 |
|---|---|---|---|
| | Acute Medical Services LLC<br>PO Box 15010<br>Humble, TX 77346 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Trade Debt**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | Advanced Biologics LLC<br>c/o Mark Schuck<br>The Schuck Law Firm<br>700 Louisiana Street, Suite 4800<br>Houston, TX 77002 | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred  10/30/2014<br>Last 4 digits of account number _ | Basis for the claim:  **Litigation**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $51,644.50 |
|---|---|---|---|
| | AESCULAP Implant Systems, LLC<br>PO Box 780391<br>Philadelphia, PA 19178 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Trade Debt**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,919.12 |
|---|---|---|---|
| | Airgas, Inc<br>259 N. Radnor-Chester Rd<br>Radnor, PA 19087 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Trade Debt**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | **University General Hospital, LLC** | Case number *(if known)* | **17-42570-rfn11** |
|---|---|---|---|
| | Name | | |

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,551.22** |
|---|---|---|---|

**Airpal Inc**
**PO Box 1000**
**Limeport, PA 18060**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Trade Debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,155.00** |
|---|---|---|---|

**AirScan Tech**
**PO Box 1539**
**Springtown, TX 76082**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Trade Debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,843.84** |
|---|---|---|---|

**Alere Informatics, Inc**
**PO Box 845849**
**Boston, MA 02204-5849**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Trade Debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,894.00** |
|---|---|---|---|

**Alere North America, LLC**
**PO Box 846153**
**Boston, MA 02284**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Trade Debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,432.65** |
|---|---|---|---|

**Allergan USA, Inc**
**12975 Collections Cener Dr**
**Chicago, IL 60693-0129**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Trade Debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$32,503.25** |
|---|---|---|---|

**ALLIANCE MT INC**
**1795 N. FRY ROAD #191**
**KATY, TX 77449**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Trade Debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$150.00** |
|---|---|---|---|

**Alliance Spine, LLC**
**14206 Northbrook Dr.**
**San Antonio, TX 78232**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Trade Debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **University General Hospital, LLC** | Case number (if known) | **17-42570-rfn11** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$73,366.80** |
| | **ALLIED HEALTH SERVICES** | ☐ Contingent | |
| | **PO BOX 1011** | ☐ Unliquidated | |
| | **SUGAR LAND, TX 77487** | ■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Trade Debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,102.28** |
| | **AllMedia, Inc.** | ☐ Contingent | |
| | **PO Box 262468** | ☐ Unliquidated | |
| | **Plano, TX 75026** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Trade Debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$70,707.00** |
| | **Always in Season Inc** | ☐ Contingent | |
| | **PO Box 271502** | ☐ Unliquidated | |
| | **Houston, TX 77277** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Trade Debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,683.33** |
| | **Amendia** | ☐ Contingent | |
| | **1755 West Oak Parkway** | ☐ Unliquidated | |
| | **Marietta, GA 30062** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Trade Debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| | **American Equifinance Corporation** | | |
| | **c/o Toby C. Easley** | ☐ Contingent | |
| | **Matthews Easley Chaney, P.C.** | ☐ Unliquidated | |
| | **13430 Northwest Freeway, Suite 990** | ■ Disputed | |
| | **Houston, TX 77040-6197** | Basis for the claim: __Litigation__ | |
| | Date(s) debt was incurred  01/16/2015 | | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,989.03** |
| | **American Proficiency Institute** | ☐ Contingent | |
| | **Department 9526** | ☐ Unliquidated | |
| | **Lansing, MI 48909** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Trade Debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$12,700.06** |
| | **Amtec Medical Inc** | ☐ Contingent | |
| | **3709 Promontory Point Dr** | ☐ Unliquidated | |
| | **Austin, TX 78744** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Trade Debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

Debtor   **University General Hospital, LLC**                    Case number (if known)   **17-42570-rfn11**

      Name

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $187,040.63 |
|---|---|---|---|
| | **AngioDynamics** | ☐ Contingent | |
| | **PO Box 1549** | ☐ Unliquidated | |
| | **Albany, NY 12201** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,486.55 |
|---|---|---|---|
| | **Applied Medical** | ☐ Contingent | |
| | **PO Box 3511** | ☐ Unliquidated | |
| | **Carol Stream, IL 60132-3511** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,750.00 |
|---|---|---|---|
| | **ARGOS IOM SERVICES, LP** | ☐ Contingent | |
| | **6140 HIGHWAY 6 #211** | ☐ Unliquidated | |
| | **MISSOURI CITY, TX 77459** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $136,737.04 |
|---|---|---|---|
| | **Arjohuntleigh, Inc** | ☐ Contingent | |
| | **PO Box 644960** | ☐ Unliquidated | |
| | **Pittsburgh, PA 15264** | ■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,230.00 |
|---|---|---|---|
| | **ARMS, Inc** | ☐ Contingent | |
| | **3585 NE 207th St # 815** | ☐ Unliquidated | |
| | **Miami, FL 33280** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,077.84 |
|---|---|---|---|
| | **Arthrex, Inc.** | ☐ Contingent | |
| | **PO Box 403511** | ☐ Unliquidated | |
| | **Atlanta, GA 30384** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,527.79 |
|---|---|---|---|
| | **Asahi Intecc USA, Inc.** | ☐ Contingent | |
| | **2500 Red Hill Avenue** | ☐ Unliquidated | |
| | **Santa Ana, CA 92705** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **University General Hospital, LLC** | Case number (if known) | **17-42570-rfn11** |
|---|---|---|---|
| | Name | | |

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,914.91 |
|---|---|---|---|

**ASPYRA, LLC**
**705 SW 10TH STREET**
**BLUE SPRINGS, MO 64015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Trade Debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,033.64 |
|---|---|---|---|

**AT&T**
**PO Box 5091**
**Carol Stream, IL 60197**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Trade Debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,710.10 |
|---|---|---|---|

**Auto San, LLC**
**PO Box 171415**
**Memphis, TN 38187**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Trade Debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,950.00 |
|---|---|---|---|

**Axis Dialysis**
**PO Box 1101**
**Bellaire, TX 77402**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Trade Debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,379.07 |
|---|---|---|---|

**Baptist Health System**
**Laboratory Outreach**
**San Antonio, TX 78205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Trade Debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,689.11 |
|---|---|---|---|

**Baxter HealthCare Corp**
**PO Box 730531**
**Dallas, TX 75373**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Trade Debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $646.47 |
|---|---|---|---|

**Bayer HealthCare**
**PO Box 360172**
**Pittsburgh, PA 15251**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Trade Debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **University General Hospital, LLC** | Case number (if known) | **17-42570-rfn11** |
|---|---|---|---|
| | Name | | |

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$8,500.00** |
|---|---|---|---|

**Baylor College of Medicine**
**PO Box 301207**
**Dallas, TX 75303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$33,911.18** |
|---|---|---|---|

**Beckman Coulter**
**Dept. CH 10164**
**Palatine, IL 60055**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$600.00** |
|---|---|---|---|

**Best Choice Anesthesia & Pain PLLC Group**
**7010 Champion Plaza Suite 300**
**Houston, TX 77069**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$700.00** |
|---|---|---|---|

**Best Choice Anesthesia & Pain Svs LLC**
**PO Box 3856**
**Houston, TX 77253-3866**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$13,081.38** |
|---|---|---|---|

**Best Receivables Management**
**12655 N. Central Expy, Suite 315**
**Dallas, TX 75243**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,027.67** |
|---|---|---|---|

**Biomerieux**
**PO Box 500308**
**St. Louis, MO 63150**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$31,921.44** |
|---|---|---|---|

**Biomet Orthopedics**
**PO Box 587**
**Warsaw, IN 46581-0587**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **University General Hospital, LLC**      Case number (if known) **17-42570-rfn11**
Name

| | | |
|---|---|---|
| **3.43** | **Nonpriority creditor's name and mailing address** | **$7,874.15** |

**BioMet Sports Medicine**
**75 Remittance Drive**
**Chicago, IL 60675**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.44** | **Nonpriority creditor's name and mailing address** | **$1,895.00** |

**Bioventus LLC**
**PO Box 732824**
**Dallas, TX 75373-2824**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.45** | **Nonpriority creditor's name and mailing address** | **$71,685.00** |

**Bone Bank Allografts**
**PO Box 205609**
**Dallas, TX 75320-5609**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.46** | **Nonpriority creditor's name and mailing address** | **$58,711.08** |

**Boston Scientific Corporation**
**PO Box 951653**
**Dallas, TX 75395**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.47** | **Nonpriority creditor's name and mailing address** | **$855.21** |

**Bracco Diagnostics**
**PO Box 978952**
**Dallas, TX 75397**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.48** | **Nonpriority creditor's name and mailing address** | **$411.84** |

**Buchanan Technologies, Inc**
**P.O. Box 95274**
**Grapevine, TX 76099-9752**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.49** | **Nonpriority creditor's name and mailing address** | **$8,099.45** |

**C.R. Bard Inc.**
**PO Box 75767**
**Charlotte, NC 28275**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor  **University General Hospital, LLC**                              Case number (if known)  **17-42570-rfn11**
　　　　　Name

| | | |
|---|---|---|
| 3.50 | **Nonpriority creditor's name and mailing address**<br>**Cambridge International, LLC**<br>**7505 Fannin Street**<br>**Houston, TX 77054**<br><br>Date(s) debt was incurred  **12/31/2015**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Building**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$23,903,061.29** |
| 3.51 | **Nonpriority creditor's name and mailing address**<br>**Cardinal Health 414, LLC**<br>**Nuclear Pharmacy Services**<br>**Chicago, IL 60673**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Trade Debt**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$3,222.05** |
| 3.52 | **Nonpriority creditor's name and mailing address**<br>**CARDINAL HEALTH MEDICAL RESP**<br>**PO BOX 730112**<br>**DALLAS, TX 75373**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Trade Debt**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$244,305.60** |
| 3.53 | **Nonpriority creditor's name and mailing address**<br>**CardinalHealth - Pharmacy**<br>**PO Box 847384**<br>**Dallas, TX 75284-7384**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Trade Debt**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$136,922.39** |
| 3.54 | **Nonpriority creditor's name and mailing address**<br>**Cardiovascular Systems, Inc.**<br>**Dept. CH 19348**<br>**Palatine, IL 60055**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Trade Debt**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$27,388.18** |
| 3.55 | **Nonpriority creditor's name and mailing address**<br>**CareFusion**<br>**25146 Network Place**<br>**Chicago, IL 60673**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Trade Debt**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$2,361.68** |
| 3.56 | **Nonpriority creditor's name and mailing address**<br>**CARL ZEISS MEDITEC, INC**<br>**PO BOX 100372**<br>**PASADENA, CA 91189-0372**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Trade Debt**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$370.69** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

| Debtor | University General Hospital, LLC | Case number (if known) | 17-42570-rfn11 |
| --- | --- | --- | --- |
| | Name | | |

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $145.64 |
| --- | --- | --- | --- |

**Case Medical, Inc**
**19 Empire Blvd**
**South Hackensack, NJ 07606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,375.00 |
| --- | --- | --- | --- |

**Cayenne Medical, Inc**
**Dept 2346**
**Dallas, TX 75312-2346**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,534.29 |
| --- | --- | --- | --- |

**CDW Government**
**75 Remittance Drive**
**Chicago, IL 60675**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,274.11 |
| --- | --- | --- | --- |

**CenterPoint Energy**
**PO Box 4981**
**Houston, TX 77210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $80,250.00 |
| --- | --- | --- | --- |

**Centinel Spine Inc.**
**505 Park Avenue**
**New York, NY 10022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,922.66 |
| --- | --- | --- | --- |

**Cerk Security LLC**
**934 S 14th St**
**La Porte, TX 77571**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,130.50 |
| --- | --- | --- | --- |

**Choice Spine, LP**
**400 Elm Drive**
**Knoxville, TN 37919**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **University General Hospital, LLC** | Case number (if known) | **17-42570-rfn11** |
|---|---|---|---|
| | Name | | |

| 3.64 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$14,794.00** |
|---|---|---|---|
| | **CHOSEN MD TECHNOLOGIES, LLC**<br>**1707 POST OAK BLVD**<br>**HOUSTON, TX 77056** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** **Trade Debt** | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.65 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Christine Singleterry on Behalf of**<br>**the Estate of James Singletary**<br>**c/o Monica C. Vaughan**<br>**1990 Post Oak Boulevard, Suite 800**<br>**Houston, TX 77056** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | **Date(s) debt was incurred** **09/12/2014** | **Basis for the claim:** **Litigation** | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.66 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|
| | **Cigna**<br>**P O Box 13701**<br>**Philadelphia, PA 19101-3701** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** **Trade Debt** | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.67 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$78,145.55** |
|---|---|---|---|
| | **Clinical Pathology Laboratories, Inc**<br>**PO Box 141669**<br>**Austin, TX 78714** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** **Trade Debt** | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.68 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$423,247.50** |
|---|---|---|---|
| | **Clinical Physicians Path Lab**<br>**PO Box 26013**<br>**El Paso, TX 79926** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** **Trade Debt** | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☐ No  ■ Yes | |

| 3.69 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,198.88** |
|---|---|---|---|
| | **COMPREHENSIVE CARE SERVICES, INC**<br>**31330 SCHOOLCRAFT RD, SUITE 200**<br>**LIVONIA, MI 48150** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** **Trade Debt** | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.70 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$514,045.02** |
|---|---|---|---|
| | **Comprehensive Pharmacy Services, LLC**<br>**PO Box 638316**<br>**Cincinnati, OH 45263** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** **Trade Debt** | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

| Debtor | **University General Hospital, LLC** | Case number (if known) | **17-42570-rfn11** |
|---|---|---|---|
| | Name | | |

---

| 3.71 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Comprehensive Pharmacy Services, LLC**
c/o Peter L. Scrimeca
Andrews Davis, P.C.
100 N. Broadway, Suite 3300
Oklahoma City, OK 73102

Date(s) debt was incurred  04/19/2017

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Basis for the claim:  **Litigation**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$15,150.00** |
|---|---|---|---|

**ConforMIS**
PO Box 392311
Pittsburgh, PA 15251

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8,417.80** |
|---|---|---|---|

**ConMed Corporation**
Church Street Station
New York, NY 10249-6814

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$57,068.31** |
|---|---|---|---|

**Constellation**
14217 Collections Center Dr.
Chicago, IL 60693

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.75 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,364.31** |
|---|---|---|---|

**Cook Group Inc**
22988 Network Place
Chicago, IL 60673

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.76 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,784.25** |
|---|---|---|---|

**CooperSurgical, Inc**
PO Box 712280
Cincinnati, OH 45271-2280

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$73,935.00** |
|---|---|---|---|

**CoreLink**
7606 Forsyth Boulevard
Clayton, MO 63105

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **University General Hospital, LLC**                                       Case number (if known)    **17-42570-rfn11**
_____
Name

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $60,595.07 |
|---|---|---|---|

**Covidien**
**PO Box 120823**
**Dallas, TX 75312**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,784.02 |
|---|---|---|---|

**Curatio Solutions LLC**
**6100 Camp Bowie Blvd**
**Suite 28**
**Fort Worth, TX 76116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,000.00 |
|---|---|---|---|

**CYBER LEASE, LLC**
**18818 TELLER AVE**
**IRVINE, CA 92626**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.90 |
|---|---|---|---|

**CyraCom, LLC**
**PO Box 74008083**
**Chicago, IL 60674-8083**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,816.22 |
|---|---|---|---|

**Daniels Sharpsmart, Inc.**
**PO Box 7697**
**Carol Stream, IL 60197**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $825.90 |
|---|---|---|---|

**De Soutter Medical USA Inc**
**224 Rolling Hill Rd, Ste 12A**
**Mooresville, NC 28117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Delores Huling**
**1741 Stewart Street**
**Cedar Hill, TX 75104**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  02/16/2017

Last 4 digits of account number _

Basis for the claim:  **Litigation**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **University General Hospital, LLC** | Case number (if known) | **17-42570-rfn11** |
|---|---|---|---|
| | Name | | |

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,770.00 |
|---|---|---|---|

**DePuy Synthes Sales, Inc**
PO Box 32639
Palm Beach Gardens, FL 33420-2639

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,873.88 |
|---|---|---|---|

**DFINE**
**DEPT. CH19333**
**PALANTINE, IL 60055**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $598.93 |
|---|---|---|---|

**Dispatch Riders Inc.**
**5225 Katy Frwy., #245**
**Houston, TX 77007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,000.00 |
|---|---|---|---|

**Djo Surgical**
**PO Box 660126**
**Dallas, TX 00075-2600**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,137.46 |
|---|---|---|---|

**Door Control Services Inc**
**PO Box 220**
**Bettendorf, IA 52722-0004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,000.00 |
|---|---|---|---|

**Duchman - Cardiology**
**6039 GLEN COVE ST**
**HOUSTON, TX 77007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,251.26 |
|---|---|---|---|

**ECOLAB**
**PO Box 70343**
**Chicago, IL 60673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **University General Hospital, LLC** | Case number (if known) | **17-42570-rfn11** |
|---|---|---|---|
| | Name | | |

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$40,740.00** |
|---|---|---|---|
| | **ELEGANT VALET SERVICE, LLC**<br>**2323 S VOSS RD STE 470**<br>**HOUSTON, TX 77057** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Trade Debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,937.05** |
|---|---|---|---|
| | **Entellus Medical**<br>**3600 Holly Lane**<br>**Plymouth, MN 55447** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Trade Debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$511.00** |
|---|---|---|---|
| | **Evoqua Water Technologies, LLC**<br>**28563 Network Place**<br>**Chicago, IL 60673** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Trade Debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,500.00** |
|---|---|---|---|
| | **Exactech US Inc.**<br>**PO Box 674141**<br>**Dallas, TX 75267-4141** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Trade Debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,956.71** |
|---|---|---|---|
| | **Fire Safe Protection Services, LP**<br>**PO Box 1759**<br>**Houston, TX 77251** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Trade Debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,258,549.16** |
|---|---|---|---|
| | **First Financial Corporate Leasing, LLC**<br>**711 Kimberly Avenue**<br>**Suite 160**<br>**Placentia, CA 92870** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Equipment Lease__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$44,152.58** |
|---|---|---|---|
| | **First Insurance Funding Corp**<br>**450 Skokie Blvd**<br>**Northbrook, IL 60062** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Trade Debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

Debtor **University General Hospital, LLC**

Name

Case number (if known) **17-42570-rfn11**

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,874.18 |
|---|---|---|---|

**Fisher HealthCare**
**3970 Johns Creek Court, Suite 500**
**Suwanee, GA 30024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __8001__

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,985.71 |
|---|---|---|---|

**Flower Orthopedics Corporation**
**100 Witmer Dr**
**Horsham, PA 19044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,950.00 |
|---|---|---|---|

**Foundation Ancilliary Services Affiliate**
**9301 Southwest Freeway**
**Houston, TX 77074**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,412.72 |
|---|---|---|---|

**Frank Stubbs Co., Inc**
**1830 Eastman Ave**
**Oxnard, CA 93030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,421.74 |
|---|---|---|---|

**Freedom Medical Inc**
**PO Box 822704**
**Philadelphia, PA 19182-2704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,620.30 |
|---|---|---|---|

**FUJIFILM Medical Systems**
**PO Box 347689**
**Pittsburgh, PA 15251**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,456.00 |
|---|---|---|---|

**Fusion Medical Staffing, LLC**
**PO Box 82674**
**Lincoln, NE 68501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

Debtor    **University General Hospital, LLC**                    Case number (if known)    **17-42570-rfn11**
_____
          Name

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $298,731.59 |

**GE HEALTHCARE**
**PO BOX 640200**
**PITTSBURGH, PA 15264**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Equipment Financing**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $33,449.84 |

**GE Medical Systems Information Technolog**
**Attn: Accounts Receivable**
**75 Remittance Drive**
**Chicago, IL 60675**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,467.38 |

**Genzyme Corporation**
**62665 Collections Center Drive**
**Chicago, IL 60693-0626**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $360.65 |

**GI Supply Specialty Endoscopic Products**
**200 Grandview Avenue**
**Camp Hill, PA 17011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,000.00 |

**Global Crossing Conferencing**
**PO Box 790407**
**Saint Louis, MO 63179**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Global Dialysis Plus, Inc.**
**c/o Mark W. Collmer**
**Collmer Law Group**
**1221 Lamar Street, Suite 1302**
**Houston, TX 77010**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **03/07/2014**

Basis for the claim:  **Litigation**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,564.98 |

**Grainger**
**Dept 886459235**
**Kansas City, MO 64141**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **University General Hospital, LLC** | Case number (if known) | **17-42570-rfn11** |
|---|---|---|---|
| | Name | | |

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,686.00** |
|---|---|---|---|

**Guardian Facility Solutions LLC**
**20831 White Hyacinth Dr**
**Cypress, TX 77433**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$21,685.68** |
|---|---|---|---|

**Halyard Sales, LLC**
**PO Box 732583**
**Dallas, TX 75373**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$330,435.00** |
|---|---|---|---|

**Healthcare Affiliates Inc**
**1 Vale Road, Suite 200**
**Bel Air, MD 21014**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,607.68** |
|---|---|---|---|

**HealthCare Logistics**
**PO Box 400**
**Circleville, OH 43113**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,871.52** |
|---|---|---|---|

**HealthStream, Inc**
**PO Box 102817**
**Atlanta, GA 30368-2817**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Hejdi Inc dba Allied Heaelth Services**
**c/o Jason A. Richardson**
**Edison, McDowell & Hetherington LLP**
**1001 Fannin, Suite 2700**
**Houston, TX 77002**

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Date(s) debt was incurred 04/07/2017
Last 4 digits of account number _

Basis for the claim: __Litigation__

Is the claim subject to offset? ■ No ☐ Yes

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$9,224.31** |
|---|---|---|---|

**Henry Schein, Inc**
**Dept CH 10241**
**Palatine, IL 60055**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **University General Hospital, LLC** | Case number (if known) | **17-42570-rfn11** |
|---|---|---|---|
| | Name | | |

---

**3.120**

Nonpriority creditor's name and mailing address

**Holder's Pest Control**
**PO Box 600730**
**Jacksonville, FL 32260**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

**$1,153.32**

---

**3.121**

Nonpriority creditor's name and mailing address

**Houston Chronicle**
**Credit Service Department**
**4747 Southwest Freeway**
**Houston, TX 77027-6901**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

**$4,149.00**

---

**3.122**

Nonpriority creditor's name and mailing address

**Houston Methodist Diagnostic Laboratorie**
**6565 Fannin Street, B490**
**Houston, TX 77030**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

**$1,798,040.70**

---

**3.123**

Nonpriority creditor's name and mailing address

**HP**
**Accounts Receivable**
**11311 W. Chinden Blvd.**
**Garden City, ID 83714**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

**$400.53**

---

**3.124**

Nonpriority creditor's name and mailing address

**In2Bones USA LLC**
**6060 Popular Ave**
**Memphis, TN 38119**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

**$17,955.00**

---

**3.125**

Nonpriority creditor's name and mailing address

**Incisive Surgical**
**14405 21st Avenue North**
**Plymouth, MN 55447**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

**$333.41**

---

**3.126**

Nonpriority creditor's name and mailing address

**Indeed, Inc.**
**Mail Code 5160**
**6433 Champion Grandview Way , Bldg. 1**
**Austin, TX 78750**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

**$10,003.99**

---

Debtor   **University General Hospital, LLC**                   Case number (if known)   **17-42570-rfn11**
         Name

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,230.00 |
|---|---|---|---|
| | **Inion Inc**<br>**2800 Glades Circle**<br>**Weston, GL 33327** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,035.00 |
|---|---|---|---|
| | **Instratek**<br>**15200 Middlebrook Dr.**<br>**Houston, TX 77058** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,470.56 |
|---|---|---|---|
| | **Integra LifeSciences**<br>**PO Box 404129**<br>**Atlanta, GA 30384** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $841.88 |
|---|---|---|---|
| | **Integra Pain Management**<br>**PO Box 100416**<br>**Atlanta, GA 30384** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,584.03 |
|---|---|---|---|
| | **Integrated Medical Systems**<br>**PO Box 2725**<br>**Columbus, GA 31902-2725** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $16,310.00 |
|---|---|---|---|
| | **Intelligent Implant Systems, LLC**<br>**3300 International Airport Dr**<br>**Charlotte, NC 28208** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,405.00 |
|---|---|---|---|
| | **Intersect ENT**<br>**1555 Adams Drive**<br>**Menlo Park, CA 94025-1439** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **University General Hospital, LLC** | Case number (if known) | **17-42570-rfn11** |
|---|---|---|---|
| | Name | | |

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $756.00 |
|---|---|---|---|

**Invuity, Inc.**
**Dept CH 19705**
**Palatine, IL 60055**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,765.68 |
|---|---|---|---|

**J&J Health Care Systems, Inc**
**PO Box 406663**
**Atlanta, GA 30384**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jason M. Bahn, Individually and as Next**
**Friend of Aiden J. Bahn, a Minor**
**c/o Darrell L. Keith**
**301 Commerce Street, Suite 2850**
**Fort Worth, TX 76102**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **04/18/2016**

Basis for the claim: **Litigation**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jessica Gwaltney**
**c/o John S. Powell**
**2405 S. Grand Boulevard**
**Pearland, TX 77581**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **03/16/2017**

Basis for the claim: **Litigation**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $354.38 |
|---|---|---|---|

**Joel Wane Follmar**
**PO Box 122**
**Liverpool, TX 77577**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**John and Melanie Amponsah**
**c/o Everett Day**
**Everett Day Law Firm**
**1811 Bering Ddrive, Suite 300**
**Houston, TX 77057**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **04/04/2017**

Basis for the claim: **Litigation**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,018.42 |
|---|---|---|---|

**Johnson Controls**
**PO Box 730068**
**Dallas, TX 75373**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **University General Hospital, LLC** | Case number *(if known)* | **17-42570-rfn11** |
|---|---|---|---|
| | Name | | |

| 3.141 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,000.00** |
|---|---|---|---|

**Jorge Guerrero, M.D.**
**PO Box 230569**
**Houston, TX 77223**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15,316.02** |
|---|---|---|---|

**JOY & YOUNG, LLP**
**2499 S. CAPITAL OF TEXAS HWY**
**AUSTIN, TX 78746-7757**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,071.85** |
|---|---|---|---|

**K2M, Inc**
**600 Hope Parkway SF**
**Leeburg, VA 20175**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$19,460.66** |
|---|---|---|---|

**KCI USA**
**PO Box 301557**
**Dallas, TX 75303**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$97.78** |
|---|---|---|---|

**Kelly Earsel**
**15 Charleston Dr Apt # 513**
**Houston, TX 77025**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$102.00** |
|---|---|---|---|

**Kem Medical Products Corp**
**400 Broadhollow Road**
**Farmingdale, NY 11735**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,032.07** |
|---|---|---|---|

**Khalid Monzer**
**1579 Pries Court**
**Reno, NV 89523**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **University General Hospital, LLC** | Case number (if known) | **17-42570-rfn11** |
|---|---|---|---|
| | Name | | |

| 3.148 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,000.00 |
|---|---|---|---|

**Khoa Nguyen**
7501 Fannin St.
Houston, TX 77054

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.149 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $151.00 |
|---|---|---|---|

**King Guide Publications, Inc**
Po Box 10317
Napa, CA 94581

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.150 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,995.00 |
|---|---|---|---|

**KR Medical Technologies, LLC**
PO Box 279
Roanoke, TX 76262

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.151 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,591.57 |
|---|---|---|---|

**Kroger Burrus**
3100 Westayan, Suite 300
Houston, TX 77027

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.152 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,412.02 |
|---|---|---|---|

**Landauer**
PO Box 809051
Chicago, IL 60680

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.153 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $435.00 |
|---|---|---|---|

**Landport Systems Inc**
1630 North Main St.
Walnut Creek, CA 94596

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.154 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,600.00 |
|---|---|---|---|

**Lantheus Medical Imaging, Inc**
PO Box 101236
Atlanta, GA 30392

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **University General Hospital, LLC** | Case number (if known) | **17-42570-rfn11** |
|---|---|---|---|
| | Name | | |

---

| 3.155 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,098.81** |
|---|---|---|---|

**Lawrence Brown**
**9309 Lugary**
**Houston, TX 77074**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.156 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$68,401.50** |
|---|---|---|---|

**LDR Spine USA Inc**
**PO Box 671716**
**Dallas, TX 75267**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.157 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Lea Barth, Individually and on Behalf of**
**Ronald Barth, Deceased**
**c/o Jay Winckler**
**4407 Bee Cave Road, Bldg. 2, Suite 222**
**Austin, TX 78746**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  __04/05/2016__

Basis for the claim:  __Litigation__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,979.06** |
|---|---|---|---|

**Lexion Medical LLC**
**545 Atwater Circle**
**Saint Paul, MN 55103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,996.51** |
|---|---|---|---|

**Maine Standards Company LLC**
**221 US Route 1**
**Cumberland Foreside, ME 04110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.160 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,938.56** |
|---|---|---|---|

**Matera Paper Company**
**PO Box 200184**
**San Antonio, TX 78220**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$43,107.62** |
|---|---|---|---|

**McAfee & Taft**
**211 North Robinson**
**Oklahoma City, OK 73102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **University General Hospital, LLC**        Case number (if known)    **17-42570-rfn11**
<br>Name

---

| | | |
|---|---|---|
| 3.162 | **Nonpriority creditor's name and mailing address**<br>**McKesson Technologies Inc**<br>**22423 Network Place**<br>**Chicago, IL 60673-1224** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$25,640.06** |
| | **Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **Basis for the claim:** __Trade Debt__<br><br>Is the claim subject to offset? ☑ No ☐ Yes | |

---

| | | |
|---|---|---|
| 3.163 | **Nonpriority creditor's name and mailing address**<br>**Med One 5328**<br>**PO Box 271128**<br>**Salt Lake City, UT 84127** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$40,779.06** |
| | **Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **Basis for the claim:** __Equipment Financing__<br><br>Is the claim subject to offset? ☑ No ☐ Yes | |

---

| | | |
|---|---|---|
| 3.164 | **Nonpriority creditor's name and mailing address**<br>**Med One 5329**<br>**PO Box 271128**<br>**Salt Lake City, UT 84127** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$105,460.94** |
| | **Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **Basis for the claim:** __Equipment Financing__<br><br>Is the claim subject to offset? ☑ No ☐ Yes | |

---

| | | |
|---|---|---|
| 3.165 | **Nonpriority creditor's name and mailing address**<br>**Medhost Direct, Inc.**<br>**2739 Momentum Place**<br>**Chicago, IL 60689** | As of the petition filing date, the claim is: *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | **$200,811.50** |
| | **Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **Basis for the claim:** __Trade Debt__<br><br>Is the claim subject to offset? ☐ No ☑ Yes | |

---

| | | |
|---|---|---|
| 3.166 | **Nonpriority creditor's name and mailing address**<br>**Medical Contracting Services, Inc.**<br>**10300 N Central Expy Suite 470**<br>**Dallas, TX 75231** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$17,006.51** |
| | **Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **Basis for the claim:** __Trade Debt__<br><br>Is the claim subject to offset? ☑ No ☐ Yes | |

---

| | | |
|---|---|---|
| 3.167 | **Nonpriority creditor's name and mailing address**<br>**Medical Journal - Houston**<br>**PO Box 686**<br>**Dickinson, TX 77539** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$4,200.00** |
| | **Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **Basis for the claim:** __Trade Debt__<br><br>Is the claim subject to offset? ☑ No ☐ Yes | |

---

| | | |
|---|---|---|
| 3.168 | **Nonpriority creditor's name and mailing address**<br>**Medical Technology Associates**<br>**6840 Cross Bayou Drive**<br>**Largo, FL 33777** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$25.42** |
| | **Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **Basis for the claim:** __Trade Debt__<br><br>Is the claim subject to offset? ☑ No ☐ Yes | |

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor **University General Hospital, LLC**                    Case number (if known) **17-42570-rfn11**
      _____
      Name

| | |
|---|---|
| 3.169 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$727.03** |
| **Medisafe America LLC** | ☐ Contingent |
| **9423 Corporate Lake Drive** | ☐ Unliquidated |
| **Tampa, FL 33634** | ☐ Disputed |
| Date(s) debt was incurred _ | Basis for the claim: **Trade Debt** |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| 3.170 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$1,704.34** |
| **Medivators Inc.** | ☐ Contingent |
| **NW 9841** | ☐ Unliquidated |
| **Minneapolis, MN 55485** | ☐ Disputed |
| Date(s) debt was incurred _ | Basis for the claim: **Trade Debt** |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| 3.171 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$18,610.37** |
| **Medline Industries Inc.** | ☐ Contingent |
| **Dept 1080** | ☐ Unliquidated |
| **Dallas, TX 75312** | ☐ Disputed |
| Date(s) debt was incurred _ | Basis for the claim: **Trade Debt** |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| 3.172 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$2,860.00** |
| **MEDMANAGEMENT, LLC** | ☐ Contingent |
| **1500 URBAN CENER DR** | ☐ Unliquidated |
| **BIRMINGHAM, AL 35242** | ☐ Disputed |
| Date(s) debt was incurred _ | Basis for the claim: **Trade Debt** |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| 3.173 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$2,207.04** |
| **MEDOVATIONS, INC** | ☐ Contingent |
| **102 E. KEEFE AVE** | ☐ Unliquidated |
| **MILWAUKEE, WI 53212** | ☐ Disputed |
| Date(s) debt was incurred _ | Basis for the claim: **Trade Debt** |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| 3.174 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$1,120.00** |
| **MedShape, Inc** | ☐ Contingent |
| **1575 Northside Drive NW** | ☐ Unliquidated |
| **Atlanta, GA 30318** | ☐ Disputed |
| Date(s) debt was incurred _ | Basis for the claim: **Trade Debt** |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| 3.175 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$159,439.37** |
| **Medtronic USA Inc** | ☐ Contingent |
| **PO Box 848066** | ☐ Unliquidated |
| **Dallas, TX 75284-8086** | ☐ Disputed |
| Date(s) debt was incurred _ | Basis for the claim: **Trade Debt** |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **University General Hospital, LLC** | Case number (if known) | **17-42570-rfn11** |
|---|---|---|---|
| | Name | | |

| 3.176 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$11,796.59** |
|---|---|---|---|

**Merit Medical Systems Inc**
**PO Box 204842**
**Dallas, TX 75320**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Trade Debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.177 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,003.50** |
|---|---|---|---|

**Methodist Pathology Associates PLLC**
**6565 Fannin Street, B490**
**Houston, TX 77030**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Trade Debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.178 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$87,369.90** |
|---|---|---|---|

**Metro Linen Service**
**PO BOX 978**
**MCKINNEY, TX 75070**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Trade Debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.179 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$470.89** |
|---|---|---|---|

**MGC Diagnostics/Medical Graphics Corp**
**Bin #11**
**Minneapolis, MN 55480**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Trade Debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.180 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,305.00** |
|---|---|---|---|

**Microbiology Specialists Inc.**
**8911 Interchange Drive**
**Houston, TX 77054**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Trade Debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.181 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$240,956.63** |
|---|---|---|---|

**MINT MEDICAL PHYSICIAN STAFFING LP**
**2500 WILCREST, SUITE 100**
**HOUSTON, TX 77042**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Trade Debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.182 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$198.72** |
|---|---|---|---|

**MircroAire**
**Lock Box 96565**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Trade Debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **University General Hospital, LLC** | Case number (if known) | **17-42570-rfn11** |
|---|---|---|---|
| | Name | | |

| 3.183 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,720.33 |
|---|---|---|---|
| | **Mobile Instrument Service**<br>**333 Water Avenue**<br>**Bellefontaine, OH 43311-1777** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Trade Debt_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.184 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,706.00 |
|---|---|---|---|
| | **Munsch Hardt Kopf & Harr, P.C.**<br>**Accounting**<br>**Dallas, TX 75201** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Trade Debt_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.185 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $233.75 |
|---|---|---|---|
| | **MyStaffingPro**<br>**PO Box 642**<br>**Toldeo, OH 43697** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Trade Debt_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.186 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,340.00 |
|---|---|---|---|
| | **National Technical Information Service**<br>**5301 Shawnee Rd.**<br>**Alexandria, VA 22312** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Trade Debt_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.187 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $741.52 |
|---|---|---|---|
| | **Natus Medical Incorporated**<br>**PO Box 3604**<br>**Carol Stream, IL 60132-3604** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Trade Debt_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.188 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $9,501.00 |
|---|---|---|---|
| | **Nephropathology Associates, PLC**<br>**PO Box 34113**<br>**Little Rock, AR 72203-4113** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Trade Debt_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.189 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,088.56 |
|---|---|---|---|
| | **NetworkEquipment.net**<br>**1108 NW 16th**<br>**Okahoma City, OK 73106** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Trade Debt_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **University General Hospital, LLC** | Case number (if known) | **17-42570-rfn11** |
|---|---|---|---|
| | Name | | |

| 3.190 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $427.52 |
|---|---|---|---|

**Newbart Products Inc.**
10424 Rockley Road
Houston, TX 77099

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.191 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,400.00 |
|---|---|---|---|

**NexGen Biologics**
32735 Seagate Drive, Unit 208
Rancho Palos Verdes, CA 90275

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.192 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,773.38 |
|---|---|---|---|

**Northwest Houston Surgical Association,**
21216 NW Freeway #250
Cypress, TX 77429

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.193 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $192.54 |
|---|---|---|---|

**Office Depot, Inc.**
PO Box 630813
Cincinnati, OH 45263

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.194 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,655.35 |
|---|---|---|---|

**OPA 1, LTD**
5420 West Loop S
Bellaire, TX 77401

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.195 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $375.09 |
|---|---|---|---|

**Optum360**
PO Box 88050
Chicago, IL 60680

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.196 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $37,790.00 |
|---|---|---|---|

**OrthoMed**
4710 Katy Fwy
Houston, TX 77007

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

Debtor   **University General Hospital, LLC**                          Case number (if known)   **17-42570-rfn11**

_____
Name

| 3.197 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,000.00 |
|---|---|---|---|

**Osiris Therapeutics Inc**
**PO Box 37553**
**Baltimore, MD 21297-3553**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Trade Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.198 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,143.60 |
|---|---|---|---|

**OsteoMed LLC**
**2241 Collection Center Drive**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Trade Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.199 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,313.94 |
|---|---|---|---|

**Ostrom Morris PLLC**
**6363 Woodway, Suite 300**
**Houston, TX 77057**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Trade Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.200 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,858.49 |
|---|---|---|---|

**Owens & Minor**
**PO Box 841420**
**Dallas, TX 75284**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Trade Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.201 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $338.28 |
|---|---|---|---|

**P.C.S Copier Service Inc.**
**PO Box 42261**
**Houston, TX 77242**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Trade Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.202 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,897.50 |
|---|---|---|---|

**Paragon 28 Inc.**
**4B Inverness Court East**
**Englewood, CO 80112**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Trade Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.203 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,220.00 |
|---|---|---|---|

**Parcus Medical LLC**
**6423 Parkland Drive**
**Sarasota, FL 34243**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Trade Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **University General Hospital, LLC** | Case number (if known) | **17-42570-rfn11** |
|---|---|---|---|
| | Name | | |

---

**3.204** | **Nonpriority creditor's name and mailing address**
PartsSource Inc.
PO Box 645186
Cincinnati, OH 45264-5186

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

**$8,232.04**

---

**3.205** | **Nonpriority creditor's name and mailing address**
Peak Neuromonitoring Physicians I, PLLC
PO Box 4585
Houston, TX 77210-4585

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

**$5,600.00**

---

**3.206** | **Nonpriority creditor's name and mailing address**
Physicians' Record Company
3000 S. Ridgeland Ave.
Berwyn, IL 60402

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

**$1,227.12**

---

**3.207** | **Nonpriority creditor's name and mailing address**
PitneyBowes
PO Box 371874
Pittsburgh, PA 15250

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

**$89.97**

---

**3.208** | **Nonpriority creditor's name and mailing address**
Praxair Distribution, Inc
PO Box 120812
Dallas, TX 75312

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

**$20,015.05**

---

**3.209** | **Nonpriority creditor's name and mailing address**
Precision Dynamics Corporation
PO Box 71549
Chicago, IL 60694

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

**$1,138.15**

---

**3.210** | **Nonpriority creditor's name and mailing address**
Priority Health Management, LLC
PO Box 2489
Brentwood, TN 37024

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

**$16,376.98**

---

Debtor **University General Hospital, LLC**
Name

Case number (if known) **17-42570-rfn11**

---

| 3.211 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $141.40 |
|---|---|---|---|

**Professional Media Resources**
Post Office Box 460380
St. Louis, MO 63146-7380

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.212 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22,919.50 |
|---|---|---|---|

**ProHealth Staffing, LLC**
100 West Harrison
Seattle, WA 98119

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.213 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,022.26 |
|---|---|---|---|

**Quik Print**
10637 N. May
Oklahoma City, OK 73120

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.214 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,377.70 |
|---|---|---|---|

**RadLink**
**Accounting Office**
7322 Southwest Frwy., Suite 780
Houston, TX 77074

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.215 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $144,856.15 |
|---|---|---|---|

**ReedSmith LLP**
PO Box 75318
Baltimore, MD 21275

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Legal services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.216 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,494.43 |
|---|---|---|---|

**Ricoh USA, Inc.**
PO Box 660342
Dallas, TX 75266

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.217 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,584.00 |
|---|---|---|---|

**Royal Cup Inc**
PO Box 206011
Dallas, TX 75320-6011

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **University General Hospital, LLC**    Case number (if known) **17-42570-rfn11**
Name

| 3.218 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,811.33 |
|---|---|---|---|

**RR Donnelley**
PO Box 932721
Cleveland, OH 44193

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.219 | Nonpriority creditor's name and mailing address | | $20,748.09 |
|---|---|---|---|

**RX REMOTE SOLUTIONS, INC**
6409 QUAIL HOLLOW ROAD
MEMPHIS, TN 38120

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.220 | Nonpriority creditor's name and mailing address | | Unknown |
|---|---|---|---|

**RX REMOTE SOLUTIONS, INC**
c/o Peter L. Scimeca
Andrews Davis, PC
100 N. Broadway, Suite 3300
Oklahoma City, OK 73102

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **4/19/2017**

Basis for the claim: **Litigation**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.221 | Nonpriority creditor's name and mailing address | | $15,481.82 |
|---|---|---|---|

**SCA Pharmaceuticals**
12120 Colonel Glenn Road
Little Rock, AR 72210

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.222 | Nonpriority creditor's name and mailing address | | $881.00 |
|---|---|---|---|

**SchureMed**
452 Randolph St
Abington, MA 02351

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.223 | Nonpriority creditor's name and mailing address | | $750.00 |
|---|---|---|---|

**SETRAC - SouthEast Texas Regional Adviso**
1111 North Loop West
Houston, TX 77008-5806

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.224 | Nonpriority creditor's name and mailing address | | $1,396.42 |
|---|---|---|---|

**Shaelock Enterprises, Inc.**
PO Box 2345
Spring, TX 77383

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **University General Hospital, LLC** | Case number (if known) | **17-42570-rfn11** |
|---|---|---|---|
| | Name | | |

| 3.225 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,856.57 |
|---|---|---|---|
| | **Shannon Yarrow HealthCare Consulting, LL**<br>**PO Box 7908**<br>**Jackson, WY 83002** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Trade Debt__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.226 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $85.00 |
|---|---|---|---|
| | **Sherre Lewis**<br>**12126 Hilltop Dr**<br>**Willis, TX 77318** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Trade Debt__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.227 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,342.91 |
|---|---|---|---|
| | **Shred Pro Services LLC**<br>**PO Box 690166**<br>**Houston, TX 77269** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Trade Debt__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.228 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,420.00 |
|---|---|---|---|
| | **SI-Bone Inc**<br>**3055 Olin Ave**<br>**San Jose, CA 95128** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Trade Debt__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.229 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,135.75 |
|---|---|---|---|
| | **Sizewise Rentals, LLC**<br>**PO Box 320**<br>**Ellis, KS 67637** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Trade Debt__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.230 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,600.00 |
|---|---|---|---|
| | **Smith & Nephew, Inc**<br>**75 Remittance Drive, Suite 6493**<br>**Chicao, IL 60675-6493** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Trade Debt__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.231 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $101,588.65 |
|---|---|---|---|
| | **SMITH & NEPHEW, INC.**<br>**PO Box 951605**<br>**Dallas, TX 75395** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Trade Debt__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **University General Hospital, LLC** | Case number (if known) | **17-42570-rfn11** |
|---|---|---|---|
| | Name | | |

| 3.232 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,454.00 |
|---|---|---|---|

**Solis Medical Lab**
7501 Fannin Street, Suite 800
Houston, TX 77054

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.233 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,495.00 |
|---|---|---|---|

**South Texas Nuclear Pharm**
8399 Almeda Road Suite K
Houston, TX 77054

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.234 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,212.50 |
|---|---|---|---|

**Southeastern Employee Benefit Services**
Lockbox #24996
Chicago, IL 60673-1249

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.235 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $231.74 |
|---|---|---|---|

**Sparkletts & Sierra Springs**
PO Box 660579
Dallas, TX 75266

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.236 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,626.01 |
|---|---|---|---|

**Spectranetics Corp**
4588 Solutions Center
Chicago, IL 60677-4005

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.237 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $26,275.00 |
|---|---|---|---|

**Spinal Elements**
3115 Melrose Drive, Suite 200
Calsbad, CA 92010

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.238 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,256.50 |
|---|---|---|---|

**SpineSmith Holdings, LLC**
93 Red River Street
Austin, TX 78701

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor __University General Hospital, LLC__      Case number (if known) __17-42570-rfn11__

Name

| | | | |
|---|---|---|---|
| 3.239 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,912.04** |
| | **Stambush Staffing, LLC**<br>**PO Box 2167**<br>**Stafford, TX 77477-2167** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** __Trade Debt__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.240 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$24,388.96** |
| | **Staples Advantage**<br>**Dept DAL**<br>**Chicago, IL 60696** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** __Trade Debt__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.241 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,750.00** |
| | **STAR MEDICAL THERAPY**<br>**15255 GULF FREEWAY**<br>**HOUSTON, TX 77034** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** __Trade Debt__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.242 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$23,072.18** |
| | **Stryker Endoscopy**<br>**C/O Stryker Sales Corp**<br>**Chicago, IL 60673** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** __Trade Debt__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.243 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$30,244.64** |
| | **Stryker Instruments**<br>**P O Box 70119**<br>**Chicago, IL 60673-0119** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** __Trade Debt__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.244 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$27,841.77** |
| | **Stryker Orthopedics**<br>**Attn: JP Morgan - 93213**<br>**1360 N. Wood Dale Rd., #B**<br>**Wood Dale, IL 60191** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** __Trade Debt__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.245 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$727.43** |
| | **Stryker Sales Corporation**<br>**1950 Hanahan Road**<br>**Charleston, SC 29406** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** __Trade Debt__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **University General Hospital, LLC** | Case number (if known) | **17-42570-rfn11** |
|---|---|---|---|
| | Name | | |

---

| 3.246 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$22,271.26** |
|---|---|---|---|

**Summer Energy, LLC**
PO Box 660938
Dallas, TX 75266

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.247 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$846.00** |
|---|---|---|---|

**Surgical Product Solutions, LLC**
643 First Avenue
Pittsburgh, PA 15219

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.248 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$878.18** |
|---|---|---|---|

**Symmetry Surgical**
3034 Owen Dr
Antioch, TN 37013

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.249 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$702.15** |
|---|---|---|---|

**Symphony Performance Health**
500 E Main St, Suite 340
Branford, CT 06405

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.250 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,085.63** |
|---|---|---|---|

**Synthes**
PO Box 8538-662
Philadelphia, PA 19171-0662

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.251 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$68,234.26** |
|---|---|---|---|

**Sysco Houston**
10710 Greens Crossing Blvd
Houston, TX 77038

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.252 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$9,450.00** |
|---|---|---|---|

**T. JAYAKUMAR M.D. P.A.**
7501 Fannin St.
Houston, TX 77054

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **University General Hospital, LLC**
Name

Case number (if known) **17-42570-rfn11**

| 3.253 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $58,245.13 |
|---|---|---|---|

**TDIndustries**
PO Box 300008
Dallas, TX 75303

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.254 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,143.35 |
|---|---|---|---|

**Teleflex Medical, Inc**
PO Box 601608
Charlotte, NC 28260-1608

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.255 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $407.35 |
|---|---|---|---|

**Tennant Sales and Service Co**
PO Box 71414
Chicago, IL 60694-1414

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.256 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,268.98 |
|---|---|---|---|

**Terumo Medical Corporation**
PO Box 841733
Dallas, TX 75284

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.257 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,450.25 |
|---|---|---|---|

**The Methodist Hospital**
PO Box 4315
Houston, TX 77210

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.258 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,083.44 |
|---|---|---|---|

**The Standard Register Co.**
PO Box 840655
Dallas, TX 75284

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.259 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,875.00 |
|---|---|---|---|

**Tissue Regenix Wound Care, Inc**
PO Box 841379
Dallas, TX 75284

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **University General Hospital, LLC** | Case number (if known) | **17-42570-rfn11** |
|---|---|---|---|
| | Name | | |

| 3.260 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,150.00 |
|---|---|---|---|

**TranS1 - Quandary Medical, LLC**
2629 W 32nd Ave
Denver, CO 80211-5934

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.261 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,232.00 |
|---|---|---|---|

**Trilliant Surgical LTD**
6721 Portwest Drive
Houston, TX 77024

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.262 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,750.00 |
|---|---|---|---|

**Trinity Physics Consulting, LLC**
PO Box 670675
Dallas, TX 75267

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.263 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,587.09 |
|---|---|---|---|

**Triple D Uniform Rental Inc**
4031 Southerland Road
Houston, TX 77092

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.264 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $817.54 |
|---|---|---|---|

**Truth Chemical**
PO Box 3307
Lafayette, LA 70502

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.265 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $600.00 |
|---|---|---|---|

**TZ Medical Inc**
17750 SW Upper Boones Ferry Rd
Portland, OR 97224

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.266 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $37,129.68 |
|---|---|---|---|

**Ultimate Medical Services, Inc.**
6004 Hwy 90 East
Lake Charles, LA 70615

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **University General Hospital, LLC** | Case number (if known) | **17-42570-rfn11** |
|---|---|---|---|
| | Name | | |

| 3.267 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $805.49 |
|---|---|---|---|

**United Ad Label**
**RR Donnelley**
**300 Lang Blvd.**
**Grand Island, NY 14072**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.268 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $28,165.00 |
|---|---|---|---|

**UOC USA Inc.**
**20 Fairbanks**
**Irvine, CA 92618**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.269 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $679.38 |
|---|---|---|---|

**UPS**
**PO Box 7247-0244**
**Philadelphia, PA 19170**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.270 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,880.69 |
|---|---|---|---|

**US Foods**
**Box 840396**
**Dallas, TX 75284**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.271 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $22.00 |
|---|---|---|---|

**US HealthWorks**
**PO Box 404974**
**Atlanta, GA 30384**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.272 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,171.88 |
|---|---|---|---|

**US Med-Equip, Inc.**
**PO Box 41321**
**Houston, TX 77241**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.273 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $28,185.50 |
|---|---|---|---|

**Varco Staffing Inc**
**c/o Euler Hermes Collections North Ameri**
**800 Red Brook Blvd., Suite 400 C**
**Owings Mills, MD 21117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number **5191**

Is the claim subject to offset? ■ No ☐ Yes

Debtor **University General Hospital, LLC**　　　　　　　　Case number (if known)　**17-42570-rfn11**
　　　　Name

| | |
|---|---|
| 3.274 | **Nonpriority creditor's name and mailing address** |
| | **Vasamed, Inc** |
| | **7615 Golden Traingle Dr** |
| | **Eden Prairie, MN 55344** |

**Date(s) debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$357.23**

---

| | |
|---|---|
| 3.275 | **Nonpriority creditor's name and mailing address** |
| | **Viking Delivery Service** |
| | **Attn: Accts Payable** |
| | **11419 Brittmoore Park Dr.** |
| | **Houston, TX 77041** |

**Date(s) debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$2,252.00**

---

| | |
|---|---|
| 3.276 | **Nonpriority creditor's name and mailing address** |
| | **Vilex** |
| | **111 Moffitt Street** |
| | **McMinnville, TN 37110** |

**Date(s) debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$1,051.67**

---

| | |
|---|---|
| 3.277 | **Nonpriority creditor's name and mailing address** |
| | **Vision Service Plan of Oklahoma** |
| | **PO Box 45295** |
| | **San Francisco, CA 94146** |

**Date(s) debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$1,603.06**

---

| | |
|---|---|
| 3.278 | **Nonpriority creditor's name and mailing address** |
| | **Volcano Corporation** |
| | **24250 Network Place** |
| | **Chicago, IL 60673** |

**Date(s) debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$14,414.86**

---

| | |
|---|---|
| 3.279 | **Nonpriority creditor's name and mailing address** |
| | **White Coat Interactive, Inc.** |
| | **c/o Robert S. Clark, Sr.** |
| | **Clark & Jordan, L.P.** |
| | **9225 Katy Freeway, Suite 314** |
| | **Houston, TX 77024** |

**Date(s) debt was incurred  02/09/2015**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** **Litigation**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| | |
|---|---|
| 3.280 | **Nonpriority creditor's name and mailing address** |
| | **William Leska** |
| | **c/o Steven R. Davis** |
| | **Davis & Davis, Attorneys at Law** |
| | **440 Louisiana, Sutie 1850** |
| | **Houston, TX 77002** |

**Date(s) debt was incurred  09/19/2016**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** **Litigation**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **University General Hospital, LLC** | Case number (if known) | **17-42570-rfn11** |
|---|---|---|---|
| | Name | | |

| 3.281 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Winona Jacqueline Reine**
**c/o Theressa F. Ford**
**The Ford 4 Justice Law Firm**
**2626 South Loop West, Suite 650C**
**Houston, TX 77054**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  01/23/2017

Basis for the claim:  **Litigation**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.282 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$154,941.46** |
|---|---|---|---|

**Wound Care Advantage, LLC**
**304 W. Sierra Madre Blvd.**
**Sierra Madre, CA 91024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.283 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$13,767.70** |
|---|---|---|---|

**Wright Medical Technology, Inc**
**PO Box 503482**
**St. Louis, MO 63150**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.284 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$147,033.00** |
|---|---|---|---|

**X-Spine Systems, Inc.**
**452 Alexandersville Road**
**Miamisburg, OH 45342**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.285 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$8,495.50** |
|---|---|---|---|

**YourCareUniverse, Inc**
**2739 Momentum Place**
**Chicago, IL 60689-5327**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.286 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$22.35** |
|---|---|---|---|

**Zerlene Davis**
**3230 W Litle York Rd**
**Houston, TX 77091**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.287 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$70,224.23** |
|---|---|---|---|

**Zimmer**
**PO Box 840166**
**Dallas, TX 75284**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**    List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

| Debtor | **University General Hospital, LLC** | Case number (if known) | **17-42570-rfn11** |
|---|---|---|---|
| | Name | | |

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| | | |

---

**Part 4:** **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 1,794.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 33,418,209.83 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 33,420,003.83 |

Fill in this information to identify the case:

Debtor name    **University General Hospital, LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF TEXAS

Case number (if known)    **17-42570-rfn11**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest — **Contract / Coding Software** | |
| State the term remaining — **Evergreen** | **3M Company** |
| List the contract number of any government contract | **575 West Murray Boulevard** **Murray, UT 84123** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest — **Contract / Accounts Receivable Management** | |
| State the term remaining — **03/14/2018** | **Accordias Healthcare Services, LLC** |
| List the contract number of any government contract | **1161 Murfreesboro Pike** **Suite 100** **Nashville, TN 37214** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest — **Contract / Lease Agreement** | |
| State the term remaining — **11/16/2021** | **Alere Informatics, inc.** |
| List the contract number of any government contract | **2000 Holiday Drive** **Suite 500** **Charlottesville, WV 22901** |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest — **Contract / Referral Testing** | |
| State the term remaining — **05/12/2018** | **Argentum Toxicology, LLC** |
| List the contract number of any government contract | **100 E. Nasa Parkway** **Suite 409** **Webster, TX 77598** |

Debtor 1 **University General Hospital, LLC**

First Name          Middle Name          Last Name

Case number *(if known)* **17-42570-rfn11**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Contract / Intraoperative Neurophysical Monitoring** | |
|---|---|---|---|
| | State the term remaining | 10/17/2018 | **Argos IOM Services, LP** |
| | List the contract number of any government contract | | **6140 Highway 6** **#211** **Missouri City, TX 07459** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Contract / Temporary staffing services** | |
|---|---|---|---|
| | State the term remaining | **Month-to-Month** | **Ascend National, LLC dba Rad-Link Supple** |
| | List the contract number of any government contract | | **7322 SW Freeway** **Suite 780** **Houston, TX 77074** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Contract / Hospital Inpatient Acute Care Services** | |
|---|---|---|---|
| | State the term remaining | 09/01/2017 | **Asperion of Texas, LLC dba Hospica Compa** |
| | List the contract number of any government contract | | **Creekside Crossing IV, 12 Cadillac Drive** **Suite 360** **Brentwood, TN 37027** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Contract / Software Support** | |
|---|---|---|---|
| | State the term remaining | **Evergreen** | **Aspyra, LLC** |
| | List the contract number of any government contract | | **7400 Baymeadows Way** **Suite 101** **Jacksonville, FL 32256** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Contract / Intraoperative Neurophysical Monitoring** | |
|---|---|---|---|
| | State the term remaining | 12/2/2017 | **Axis Neuromonitoring, LLC** |
| | List the contract number of any government contract | | **P O Box 1577** **Waller, TX 77484** |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Contract / Bundled Provider** | |
|---|---|---|---|
| | State the term remaining | 1/4/2018 | **Bayou City Surgical Specialists, PLLC** |
| | List the contract number of any | | **7580 Fannin Street** **Suite 303** **Houston, TX 77057** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

| Debtor 1 | **University General Hospital, LLC** | | | Case number *(if known)* | **17-42570-rfn11** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

### Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| | government contract | | |
|---|---|---|---|

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Contract / Call Center Services** | |
|---|---|---|---|
| | State the term remaining | 9/18/2017 | **BioMerieux** |
| | List the contract number of any government contract | | **PO Box 500308** |
| | | | **Saint Louis, MO 63150** |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Contract / Hospital Building** | |
|---|---|---|---|
| | State the term remaining | 7/20/2026 | **Cambridge International, LLC** |
| | List the contract number of any government contract | | **7505 Fannin Street** |
| | | | **Suite 304** |
| | | | **Houston, TX 77054** |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Lease / MOB Suite 703** | |
|---|---|---|---|
| | State the term remaining | 10/31/2021 | **Cambridge International, LLC (MOB)** |
| | List the contract number of any government contract | | **7505 Fannin Street** |
| | | | **Suite 304** |
| | | | **Houston, TX 77054** |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Lease / MOB Suite 750** | |
|---|---|---|---|
| | State the term remaining | 11/14/2021 | **Cambridge International, LLC (MOB)** |
| | List the contract number of any government contract | | **7505 Fannin Street** |
| | | | **Suite 304** |
| | | | **Houston, TX 77054** |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Contract / Secondary Pharmaceutical Supplier** | |
|---|---|---|---|
| | State the term remaining | 6/30/2018 | **Cardinal Health 110, Inc. and Cardinal H** |
| | List the contract number of any government contract | | **7000 Cardinal Place** |
| | | | **Dublin, OH 43017** |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Contract / Pathology Lab** | **Clinical Laboratories of Houston dba Cli** |
|---|---|---|---|
| | | | **P O Box 26013** |
| | | | **El Paso, TX 79926** |

| Debtor 1 | **University General Hospital, LLC** | | | Case number *(if known)* | **17-42570-rfn11** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | State the term remaining | 4/1/2012 | |
|---|---|---|---|
|  | List the contract number of any government contract | | |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | | |
|---|---|---|---|
|  | State the term remaining | | **Comprehensive Pharmacy Services, LLC**<br>**PO Box 638316**<br>**Cincinnati, OH 45263** |
|  | List the contract number of any government contract | | |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Contract / Referral Testing** | |
|---|---|---|---|
|  | State the term remaining | 10/3/2017 | **Concord Life Sciences, LLC**<br>**5151 Mitchelldale St.**<br>**Suite B10**<br>**Houston, TX 77092** |
|  | List the contract number of any government contract | | |

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **Contract / Electricity Supply** | |
|---|---|---|---|
|  | State the term remaining | 12/9/2019 | **Constellation NewEnergy, Inc.**<br>**1221 Lamar Street**<br>**Suite 750**<br>**Houston, TX 77010** |
|  | List the contract number of any government contract | | |

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **Contract / Credentialing Software** | |
|---|---|---|---|
|  | State the term remaining | 2/15/2021 | **Credentialing Service, LLC dba Symplr**<br>**6616 Cypress Creek Parkway**<br>**Suite 800**<br>**Houston, TX 77090** |
|  | List the contract number of any government contract | | |

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **Contract / Outpatient Wound Care and Hyperbaric Oxygen Treatment Services** | |
|---|---|---|---|
|  | State the term remaining | 4/13/2018 | **Curatio Solutions, LLC**<br>**6100 Camp Bowie Blvd**<br>**Suite 28**<br>**Ft. Worth, TX 76116** |
|  | List the contract number of any government contract | | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor 1 **University General Hospital, LLC**
First Name          Middle Name          Last Name

Case number *(if known)* **17-42570-rfn11**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **Contract / Sharps Waste Management Services** | |
|---|---|---|---|
| | State the term remaining | **3/17/2018** | **Daniels Sharpsmart, Inc. 111 W. Jackson Boulevard Suite 720 Chicago, IL 60604-4133** |
| | List the contract number of any government contract | | |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **Contract / CPA Services** | |
|---|---|---|---|
| | State the term remaining | **Until end of assignment** | **Eide Bailly 5 Triad Center Suite 600 Salt Lake City, UT 84180-1106** |
| | List the contract number of any government contract | | |

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **Lease / Purchase-Leaseback Agreement** | |
|---|---|---|---|
| | State the term remaining | **5/31/2018** | **First Financial Corporate Leasing, LLC d 711 Kimberly Avenue Suite 160 Placentia, CA 92870** |
| | List the contract number of any government contract | | |

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **Contract / Disaster Response** | |
|---|---|---|---|
| | State the term remaining | | **Garner Environmental Services, Inc. 1717 West 13th Street Deer Park, TX 77536** |
| | List the contract number of any government contract | | |

| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | | |
|---|---|---|---|
| | State the term remaining | **12/31/2020** | **GE Medical Systems Information Technolog 8200 West Tower Avenue Milwaukee, WI 53223** |
| | List the contract number of any government contract | | |

| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | **Contract / Acute Dialysis Services** | |
|---|---|---|---|
| | State the term remaining | **11/26/2017** | **Greater Houston Dialysis, LLC P O Box 1101 Bellaire, TX 77402** |
| | List the contract number of any | | |

Debtor 1  **University General Hospital, LLC**

First Name          Middle Name          Last Name

Case number *(if known)*  **17-42570-rfn11**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| | government contract | |
| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | **Contract / Blood Services** | |
| | State the term remaining | **5/26/2018** | **Gulf Coast Regional Blood Center 1400 La Concha Houston, TX 77054-1802** |
| | List the contract number of any government contract | | |
| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | **Contract / Managed Print Services and Support Schedule** | |
| | State the term remaining | **6/1/2018** | **Hewlett Packard 2580 S Decker Lake Blvd Suite 200 Salt Lake City, UT 84119** |
| | List the contract number of any government contract | | |
| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | **Contract / On-Site Support Service** | |
| | State the term remaining | **6/20/2017** | **Karl Storz Endoscopy 2151 E. Grand Avenue EL Segundo, CA 90245-5017** |
| | List the contract number of any government contract | | |
| 2.31. | State what the contract or lease is for and the nature of the debtor's interest | **Contract / Software** | |
| | State the term remaining | **6/29/2019** | **McKesson Health Solutions 10101 Woodloch Forest The Woodlands, TX 77380** |
| | List the contract number of any government contract | | |
| 2.32. | State what the contract or lease is for and the nature of the debtor's interest | **Contract / Security Guard Service** | |
| | State the term remaining | **Until terminated** | **Med-Security, Inc. 7707 Fannin Street Houston, TX 77054** |
| | List the contract number of any government contract | | |
| 2.33. | State what the contract or lease is for and the nature of the debtor's interest | **Contract / EMR** | **MedHost Direct, LLC 6550 Carothers Parkway Suite 100 Franklin, TN 37067** |

| Debtor 1 | **University General Hospital, LLC** | | Case number *(if known)* | **17-42570-rfn11** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| | | | |
|---|---|---|---|
| | State the term remaining | **terminated 03/6/2017** | |
| | List the contract number of any government contract | | |

| 2.34. | State what the contract or lease is for and the nature of the debtor's interest | **Contract / Temporary staffing services** | |
|---|---|---|---|
| | State the term remaining | **N/A** | **Medical Contracting Services and PRN Poo** |
| | List the contract number of any government contract | | **10300 N Central Expy Suite 470**<br>**Dallas, TX 75231** |

| 2.35. | State what the contract or lease is for and the nature of the debtor's interest | **Contract / Physician Advisor Services** | |
|---|---|---|---|
| | State the term remaining | **6/14/2017** | **MedManagement, LLC dba Ediphy  Advisors** |
| | List the contract number of any government contract | | **1500 Urban Center Drive**<br>**Suite 325**<br>**Vestavia Hills, AL 35242** |

| 2.36. | State what the contract or lease is for and the nature of the debtor's interest | **Contract / Linen Rental** | |
|---|---|---|---|
| | State the term remaining | **1/1/2021** | **Metro Linen Service** |
| | List the contract number of any government contract | | **PO BOX 978**<br>**McKinney, TX 75070** |

| 2.37. | State what the contract or lease is for and the nature of the debtor's interest | **Contract / Courier Services** | |
|---|---|---|---|
| | State the term remaining | **10/4/2017** | **Moore Transportation** |
| | List the contract number of any government contract | | **6525 Turner Fields Lane**<br>**Dickinson, TX 77539** |

| 2.38. | State what the contract or lease is for and the nature of the debtor's interest | **Contract / Medical Account Purchase and Lien Servicing** | |
|---|---|---|---|
| | State the term remaining | **12/31/2017** | **National Health Finance DM, LLC** |
| | List the contract number of any government contract | | **1347 N. Alma School Road**<br>**Suite 150**<br>**Chandler, AZ 85224** |

| Debtor 1 | **University General Hospital, LLC** | | | Case number *(if known)* | **17-42570-rfn11** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.39. | State what the contract or lease is for and the nature of the debtor's interest | **Letter of Engagement / Representation of UGH in the "matter"** | |
|---|---|---|---|
| | State the term remaining | **Until matter is complete** | **Nelson Mullins Riley & Scarborough, LLP** |
| | List the contract number of any government contract | | **3751 Robert M. Grissom Parkway Suite 300 Myrtle Beach, SC 29577-6412** |

| 2.40. | State what the contract or lease is for and the nature of the debtor's interest | **Contract / Bundled Provider** | |
|---|---|---|---|
| | State the term remaining | **11/4/2017** | **Northwest Houston Surgical Association,** |
| | List the contract number of any government contract | | **21216 NW Freeway #250 Cypress, TX 77429** |

| 2.41. | State what the contract or lease is for and the nature of the debtor's interest | **Lease / Mail Equipment** | |
|---|---|---|---|
| | State the term remaining | **2/12/2020** | **Pitney  Bowes** |
| | List the contract number of any government contract | | **PO Box 371874 Pittsburgh, PA 15250** |

| 2.42. | State what the contract or lease is for and the nature of the debtor's interest | **Contract / Management services of toxicology lab** | |
|---|---|---|---|
| | State the term remaining | **10/11/2018** | **Principle HS, LLC** |
| | List the contract number of any government contract | | **100 E Nasa Rd 1 Suite 410 Webster, TX 77598-5345** |

| 2.43. | State what the contract or lease is for and the nature of the debtor's interest | **Contract / Hospice and Hospital Services** | |
|---|---|---|---|
| | State the term remaining | **11/14/2017** | **Resolutions Hospice, LLC** |
| | List the contract number of any government contract | | **P O Box 342956 Austin, TX 78734** |

| 2.44. | State what the contract or lease is for and the nature of the debtor's interest | **Contract / Intraoperative Monitoring** | |
|---|---|---|---|
| | State the term remaining | **10/19/2017** | **Revolution Monitoring, LLC** |
| | List the contract number of any | | **4925 Greenville Avenue Suite 200 Dallas, TX 75206** |

| Debtor 1 | **University General Hospital, LLC** | | Case number *(if known)* | **17-42570-rfn11** |
| --- | --- | --- | --- | --- |
| | First Name | Middle Name | Last Name | |

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| --- | --- |

| | | government contract | | |
| --- | --- | --- | --- | --- |

| 2.45. | State what the contract or lease is for and the nature of the debtor's interest | **Lease / Copiers** | |
| --- | --- | --- | --- |
| | State the term remaining | 5/10/2019 | **Ricoh Business Solutions** |
| | List the contract number of any government contract | | **8303 Southwest Freeway** |
| | | | **Houston, TX 77074** |

| 2.46. | State what the contract or lease is for and the nature of the debtor's interest | **Contract / Blood Glucose Testing Products** | |
| --- | --- | --- | --- |
| | State the term remaining | 11/3/2019 | **Roche Diagnotics Corporation** |
| | List the contract number of any government contract | | **c/o Owens & Minor** |
| | | | **2700 Britmoore Drive** |
| | | | **Houston, TX 77043** |

| 2.47. | State what the contract or lease is for and the nature of the debtor's interest | **Contract / Remote Pharmacy Services** | |
| --- | --- | --- | --- |
| | State the term remaining | 8/2/2021 | **RxRemote Solutions** |
| | List the contract number of any government contract | | **6409 Quail Hollow Road** |
| | | | **Memphis, TN 38120** |

| 2.48. | State what the contract or lease is for and the nature of the debtor's interest | **Contract / Small Volume Blood Testing** | |
| --- | --- | --- | --- |
| | State the term remaining | 5/23/2018 | **Sanis Biomed Management of Houston, LLC** |
| | List the contract number of any government contract | | **861 E. 33rd Street** |
| | | | **Edmond, OK 73013** |

| 2.49. | State what the contract or lease is for and the nature of the debtor's interest | **Contract / Purchase Services** | |
| --- | --- | --- | --- |
| | State the term remaining | 2/16/2018 | **Select Specialty Hospital - Houston, LP** |
| | List the contract number of any government contract | | **1917 Ashland Street** |
| | | | **Houston, TX 77008** |

| 2.50. | State what the contract or lease is for and the nature of the debtor's interest | **Contract / Standard Laboratory Services** | **SML, Inc. dba Solis Medical Laboratory** |
| --- | --- | --- | --- |
| | | | **7501 Fannin Street** |
| | | | **Suite 800** |
| | | | **Houston, TX 77074** |

| Debtor 1 | **University General Hospital, LLC** | | | Case number (*if known*) | **17-42570-rfn11** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | | |
|---|---|---|---|
| | State the term remaining | **Evergreen** | |
| | List the contract number of any government contract | | |

| 2.51. | State what the contract or lease is for and the nature of the debtor's interest | **Contract / Supplemental Staffing** | |
|---|---|---|---|
| | State the term remaining | **4/25/2018** | **Springboard, Inc.** <br> **6970 E. Chauncey Lane** <br> **Suite 110** <br> **Phoenix, AZ 85054** |
| | List the contract number of any government contract | | |

| 2.52. | State what the contract or lease is for and the nature of the debtor's interest | **Contract / Temporary staffing and permanent placement** | |
|---|---|---|---|
| | State the term remaining | **Evergreen** | **Stambush Staffing, LLC** <br> **13130 Cane Lake Court** <br> **Sugar Land, TX 77498** |
| | List the contract number of any government contract | | |

| 2.53. | State what the contract or lease is for and the nature of the debtor's interest | **Contract / Patient Transfer Agreement** | |
|---|---|---|---|
| | State the term remaining | **1/1/2018** | **SUN Houston, LLC** <br> **7601 Fannin Street** <br> **Houston, TX 77054** |
| | List the contract number of any government contract | | |

| 2.54. | State what the contract or lease is for and the nature of the debtor's interest | **Contract / Radiology Services** | |
|---|---|---|---|
| | State the term remaining | **12/31/2020** | **Texas Radiology Associates, PA dba Assoc** <br> **20320 Northwest Freeway** <br> **Suite 900** <br> **Houston, TX 77065** |
| | List the contract number of any government contract | | |

| 2.55. | State what the contract or lease is for and the nature of the debtor's interest | **Lease / Medical Equipment** | |
|---|---|---|---|
| | State the term remaining | **4/15/2021** | **Toshiba America Medical Credit** <br> **P O Box 911608** <br> **Denver, CO 80291-1608** |
| | List the contract number of any government contract | | |

Debtor 1 **University General Hospital, LLC**
First Name      Middle Name      Last Name

Case number (*if known*) **17-42570-rfn11**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.56. | State what the contract or lease is for and the nature of the debtor's interest | **Contract / Radiological Related Services** | |
|---|---|---|---|
| | State the term remaining | **8/28/2017** | **Trinity Physics Consulting, LLC** |
| | List the contract number of any government contract | | **14655 Northwest Freeway Suite 132 Houston, TX 77040** |

| 2.57. | State what the contract or lease is for and the nature of the debtor's interest | **Contract / Mobile Catheter Usage Program** | |
|---|---|---|---|
| | State the term remaining | **9/28/2018** | **Volcano Corporation** |
| | List the contract number of any government contract | | **2870 Kilgore Road Rancho Cordova, CA 95670** |

| 2.58. | State what the contract or lease is for and the nature of the debtor's interest | **Contract / Wound Care Hyperbaric Program** | |
|---|---|---|---|
| | State the term remaining | **6/6/2021** | **Wound Care Advantage, LLC** |
| | List the contract number of any government contract | | **304 W. Sierra Madre Blvd. Sierra Madre, CA 91024** |

| 2.59. | State what the contract or lease is for and the nature of the debtor's interest | **Contract / Web-based software** | |
|---|---|---|---|
| | State the term remaining | **8/24/2017** | **ZirMed, Inc.** |
| | List the contract number of any government contract | | **888 West Market Street Louisville, KY 40202** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **University General Hospital, LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF TEXAS

Case number (if known)    **17-42570-rfn11**

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                   12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | | Column 2: **Creditor** | |
|---|---|---|---|---|
| **Name** | **Mailing Address** | | **Name** | *Check all schedules that apply:* |
| 2.1 **Foundation HealthCare, Inc.** | **13900 N. Portland Avenue, Suite 200 Oklahoma City, OK 73134** | | | ☐ D _____ ☐ E/F _____ ☐ G _____ |
| 2.2 **Foundation Surgical Hospital Mgmt, LLC** | **13900 N. Portland Avenue, Suite 200 Oklahoma City, OK 73134** | | | ☐ D _____ ☐ E/F _____ ☐ G _____ |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **University General Hospital, LLC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF TEXAS

Case number (if known)   **17-42570-rfn11**

☐ Check if this is an
    amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■   *Schedule H: Codebtors* (Official Form 206H)
- ■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐   Amended *Schedule*
- ☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐   Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **July 6, 2017**      X **/s/ Richard Zahn**
                                              Signature of individual signing on behalf of debtor

                                              **Richard Zahn**
                                              Printed name

                                              **Manager**
                                              Position or relationship to debtor

Official Form 202            **Declaration Under Penalty of Perjury for Non-Individual Debtors**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                          Best Case Bankruptcy